# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VATESHEA ANORA CURE,**
Appellant,

v.

**LAGO FUNDING CORP.,**
Appellee.

No. 4D21-3555

[November 17, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE21-050755.

Vateshea Anora Cure, Pembroke Pines, pro se.

Amanda C. Rolfe of Rolfe & Lobello, P.A., Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***